■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. MICHAEL BRODERICK, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Erie Children's Court determining defendant to be the father of three children, in a filiation proceeding.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUSTAVO CABALLERO, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of STEUBEN ADVOCATE, INC., Respondent, against BOARD OF SUPERVISORS OF THE COUNTY OF STEUBEN, Appellant.— Order modified in accordance with the memorandum and as modified affirmed, without costs of this appeal to any party. Memorandum: We agree with the determination of the Special Term that the notices of tax sales of real estate provided for in section 151 of the Tax Law must be published in the two newspapers "designated for the publication of the concurrent resolutions" in accordance with the provisions of subdivision 1 of section 214 of the County Law. The order of the Special Term must, however, be modified by deleting therefrom the third ordering paragraph which is a mandatory direction to the Board of Supervisors. An order in the nature of mandamus must run to the officer or body specifically charged with duty by law. Section 151 of the Tax Law imposes the legal duty of causing publication upon the county treasurer, not upon the Board of Supervisors. All concur. (Appeal from an order of Steuben Special Term directing the Board of Supervisors to reaudit the claim of petitioner and to pay it, and directing the Board of Supervisors to publish tax sale notices and redemption notices in petitioner's newspaper as long as it is the duly designated newspaper.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ. [5 Misc 2d 627.]

■ PAUL E. MAIDEL, as Administrator of the Estate of ROBERT P. MAIDEL, Deceased, Appellant, v. ROBERT H. BEADLE, as Administrator of the Estate of JOAN D. BEADLE, Deceased, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Chautauqua Trial Term for defendant for no cause of action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING MILLER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Willams, Bastow and Goldman, JJ. [See 4 A D 2d 928.]

■ In the Matter of the Adoption of Infant Marsh, by ROBERT L. BERKEMEIER, et al., Respondents. VERONICA TAYLOR, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow and Goldman, JJ. [See 4 A D 2d 1005.]